UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE INGRAM, | No. 2:13-cv-2567 KJN P |
| Plaintiff, | |
| v. | ORDER |
| B. HAMKAR, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. §1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. §1915. However, plaintiff has not signed the in forma pauperis application, nor has the certificate portion of the application been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

////

////

////

1

1         2.  Plaintiff shall submit, within thirty days from the date of this order, a fully completed
2    in forma pauperis application.  Plaintiff's failure to comply with this order will result in a
3    recommendation that this action be dismissed without prejudice.
4         SO ORDERED.
5    Dated:  January 7, 2014

7    ingr2567.3c

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE